JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:     (702) 380-8572
Email:  jacob.bundick@akerman.com
Email:  natalie.winslow@akerman.com

*Attorneys for Defendants, Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP, Federal Home Loan Mortgage Corporation, and Recontrust Company, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HANRY LEE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., successor by merger to BAC Home Loans Servicing, LP; FEDERAL HOME LOAN MORTGAGE CORPORATION; RECONTRUST COMPANY, N.A., DOES 1-10 and FOE CORPORATIONS 1-10,<br><br>Defendants. | Case No.: 2:13-cv-00428-MMD-NJK<br><br>**STIPULATED JUDGMENT** |

Plaintiff Hanry Lee (**plaintiff**), by and through his undersigned counsel, and defendants Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP, Federal Home Loan Mortgage Corporation, and ReconTrust Company, N.A. (collectively, **defendants**), by and through their undersigned counsel, stipulate and agree as follows:

1. That ReconTrust Company, N.A. is the duly appointed trustee under that certain deed of trust dated April 12, 2007 and recorded on April 19, 2007 as document no. 200704190000935 in the Office of the Recorder, Clark County, State of Nevada, wherein Yao Jiang, a married man as his

{26181975;1}

1. sole and separate property is named as trustor, ReconTrust Company, N.A., as trustee, and Mortgage Electronic Registration Systems, Inc. as beneficiary.

2. That Federal Home Loan Mortgage Corporation is the beneficiary of record under that deed of trust by virtue of an assignment of beneficial interest recorded on October 6, 2011 as document no. 201110060003359 in the Office of the Recorder, Clark County, State of Nevada.

3. That the deed of trust encumbers real property located in Clark County, State of Nevada described as LOT 161 OF BLUE DIAMOND SPRINGS UNIT 6A, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 132 OF PLATS, PAGE 30, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND AMENDED BY CERTIFICATE OF AMENDMENT RECORDED November 13, 2006 IN BOOK 20061113 AS DOCUMENT NO. 0005462, commonly known as 8298 Pearl Oasis Court, Las Vegas, Nevada 89139 (APN No. 177-18-120-011).

4. That by virtue of a default under the terms of the deed of trust, the beneficiary did declare a default as set forth in a notice of default recorded on March 16, 2011 as document no. 201103160000503 in the Office of the Recorder, Clark County, State of Nevada.

5. That the trustee's deed recorded as document no. 201110060003360 at the request of ReconTrust Company, N.A. on October 6, 2011 in the Office of the Recorder, Clark County, State of Nevada is void and should be expunged from the Official Records of Clark County, State of Nevada.

6. That the express purpose of this stipulated judgment is to return the priority and existence of all title and lienholders to the status quo-ante as it existed immediately prior to the recordation of the trustee's deed.

7. That plaintiff is entitled to judgment on his cause of action for quiet title in this case and that plaintiff owns all right, title, and interest in and to that real property commonly known as 8298 Pearl Oasis Court, Las Vegas, Nevada 89139 (APN No. 177-18-120-011).

//

//

//

{26181975;1} 2

8. That all other causes of action asserted in this case should be dismissed with prejudice, the parties to bear their respective attorneys' fees and costs.

DATED this 8th day of May, 2013.                    DATED this 8th day of May, 2013.

**AKERMAN SENTERFITT LLP**                              **SPRINGEL & FINK LLP**

/s/ Natalie L. Winslow                                  /s/ Leonard T. Fink
JACOB D. BUNDICK, ESQ.                                  Leonard T. Fink, Esq.
Nevada Bar No. 9772                                     Nevada Bar No. 6296
NATALIE L. WINSLOW, ESQ.                                Michael Arata, Esq.
Nevada Bar No. 12125                                    Nevada Bar No. 11902
1160 Town Center Drive, Suite 330                       10655 Park Run Drive, Suite 275
Las Vegas, Nevada  89144                                Las Vegas, NV 89144

*Attorneys for Defendants, Bank*                        *Attorneys for Plaintiff*
*of America, N.A., successor by*
*merger to BAC Home Loans*
*Servicing, LP, Federal Home*
*Loan Mortgage Corporation,*
*and Recontrust Company, N.A.*

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the trustee's deed which was recorded on October 6, 2011 at the request of ReconTrust Company, N.A. as document no. 201110060003360 in the Office of the Recorder, Clark County, State of Nevada is void and expunged from the Official Records of Clark County, Nevada.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that title in and to that certain real property commonly known as 8298 Pearl Oasis Court, Las Vegas, Nevada 89139 (APN No. 177-18-120-011) is quieted in the name of plaintiff, and that plaintiff owns all right, title, and interest in and to said property, free and clear of any and all claims of the defendants in this case.

//
//
//
//
//

{26181975;1} 3

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all other causes of action asserted in this case are dismissed with prejudice, the parties to bear their respective attorneys' fees and costs.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: September 12, 2013

{26181975;1}4